ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 5 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| DONALD JOSEPH BELL, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:05-CV-0135-L |
| | § |
| SHERIFF JIM BOWLES, et al., | § |
| | § |
| Defendants. | § |

## ORDER

This is a pro se civil rights case brought by Plaintiff Donald Joseph Bell ("Plaintiff" or "Bell"), a former inmate at the Dallas County Jail, against Sheriff Jim Bowles ("Bowles") and various jail employees (collectively referred to as "Defendants"). Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States Magistrate Judge for proposed findings and recommendation. On April 20, 2005, the Findings and Recommendation of the United States Magistrate Judge ("Report") were filed.

Plaintiff filed his complaint on December 30, 2004. Plaintiff, however, failed to pay the statutory filing fee or seek leave to proceed *in forma pauperis*. Two deficiency notices were mailed to Plaintiff at the Dallas County Jail – the only address provided to the court. Plaintiff did not respond to the first notice, and the second notice was returned to the clerk with a notation that Plaintiff was no longer in the Dallas County Jail. The magistrate judge concluded, therefore, that the case should be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b) for want of prosecution for failure to provide the court with a current address.

After making an independent review of the pleadings, file and record in this case, and the findings and recommendation of the magistrate judge, the court determines that the findings of the magistrate judge are correct. They are therefore accepted as those of the court. Accordingly, this action is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**It is so ordered** this 25th day of May, 2005.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Page 2